**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                              **CRIMINAL ACTION NO. 2:09CR41**

**JEREMY TERRELL HARRIS, TRAMEL
JABARRIOUS JACKSON, JATAVIOUS
RELON LOGAN**

## ORDER

This cause is before the Court on defendant Harris' Motion for Continuance [38]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The defendant seeks a continuance of the trial set to commence on June 8, 2009. In support of the motion, defense counsel avers that he has had insufficient time to devote to trial preparation due to his obligations in numerous other matters. This is defendant's first motion for a continuance. The government has no objection to the requested relief. Based on the foregoing, the Court finds that the defendant's motion is well-taken and should be granted.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from June 8, 2009 until the new trial date to be set in this matter. The time is excludable under subsection (h)(7)(A) because, given the circumstances described above, a continuance is necessary to afford defendant a reasonable time for adequate and effective preparation of his defense. Therefore, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. Defendant Harris' Motion for Continuance [38] is GRANTED;

2. That the trial of this matter is continued as to all defendants until Monday, July 27, 2009 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi;

3. That the delay from June 8, 2009 until July 27, 2009 is excluded as set out above;

4. That the deadline for filing pretrial motions is July 6, 2009;

5. That the deadline for submitting a plea agreement is July 13, 2009.

SO ORDERED, this the 19th day of May, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE