# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 2:09CR41-WAP-DAS

TRAMEL JABARRIOUS JACKSON

## ORDER

Before the court is the defendant's handwritten letter motion requesting reduction of bond. Because the defendant is represented by counsel in these proceedings, and there has been no request by the defendant to proceed *pro se*, the instant motion is improper and is hereby stricken.

SO ORDERED this 24th day of July, 2009.

/s/David A. Sanders
U. S. MAGISTRATE JUDGE