**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                                      **CRIMINAL ACTION NO. 2:09CR41**

**TRAMEL JABARRIOUS JACKSON, JATAVIOUS
RELON LOGAN**

**ORDER**

This cause is before the Court on defendant Jackson's Motion for Continuance [56]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The defendant seeks a continuance of the trial set to commence on October 5, 2009. In support of the motion, defense counsel avers that she has had insufficient time to devote to trial preparation due to her obligations in numerous other matters. Defendant is in need of additional time to complete trial preparation and to engage in plea negotiations. The government has no objection to the requested relief. Based on the foregoing, the Court finds that the defendant's motion is well-taken and should be granted.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of delay from October 5, 2009 until the new trial date to be set in this matter. The time is excludable under subsection (h)(7)(A) because, given the circumstances described above, a continuance is necessary to afford defendant a reasonable time for adequate and effective preparation of his defense. Therefore, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. Defendant Jackson's Motion for Continuance [56] is GRANTED;

2. That the trial of this matter is continued as to all remaining defendants until Monday, December 7, 2009 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi;

3. That the delay from October 5, 2009 until December 7, 2009 is excluded as set out above;

4. That the deadline for filing pretrial motions is November 16, 2009;

5. That the deadline for submitting a plea agreement is November 23, 2009.

SO ORDERED, this the 30th day of September, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE