IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

UNITED STATES OF AMERICA

VERSUS                                             CRIMINAL ACTION NO. 2:09CR41

TRAMEL JABARRIOUS JACKSON

## ORDER

This cause is before the Court on defendant Jackson's Motion to Continue Trial [85]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for March 8, 2010. Christi McCoy, the defendant's attorney, is undergoing treatment for a medical problem which requires surgery. She requests a continuance to ensure her availability for trial. The government has no objection to the defendant's motion. Based on the foregoing, the Court finds that the defendant's Motion for Continuance is well-taken and should be granted.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of delay from March 8, 2010 until the new trial date to be set in this matter. The time is excludable under subsection (h)(7)(A) because, given the circumstances described above, a continuance is necessary to accommodate defense counsel and to ensure sufficient time her availability for trial. Therefore, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. The Motion to Continue [85] is GRANTED;

2. That the trial of this matter is continued until Tuesday, June 1, 2010 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi;

3. That the delay from March 8, 2010 until June 1, 2010 is excluded as set out above;

4. That the deadline for filing pretrial motions is May 11, 2010;

5. That the deadline for submitting a plea agreement is May 18, 2010.

SO ORDERED, this the 5th day of March, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE