**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                                                               **CRIMINAL ACTION NO. 2:09CR41**

**TRAMEL JABARRIOUS JACKSON**

**ORDER**

This cause is before the Court on defendant Jackson's Motion to Continue Trial [110]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for July 12, 2010. Counsel for defendant Jackson seeks a continuance in order to allow him sufficient time to obtain a copy of a transcript from the previous trial of this case in order to order to assist in preparation for the retrial. The government does not object to the requested continuance. Based on the foregoing, the Court finds that the defendant's motion is well-taken and should be granted.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of delay from July 12, 2010 until the new trial date to be set in this matter. The time is excludable under subsection (h)(7)(A) because, given the circumstances described above, a continuance is necessary to afford defendant additional time to prepare a defenses to the pending charges and/or to complete plea negotiations. Therefore, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. The Motion to Continue [110] is GRANTED;

2. That the trial of this matter is continued until Monday, September 20, 2010 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi;

3. That the delay from July 12, 2010 until September 20, 2010 is excluded as set out above;

4. That the deadline for filing pretrial motions is August 30, 2010;

5. That the deadline for submitting a plea agreement is September 7, 2010.

SO ORDERED, this the 1st day of July, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE